| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Anthony Debonis** | Social Security number or ITIN   xxx–xx–7566 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–15063–MBK | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anthony Debonis

7/22/19

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Anthony Debonis
    Debtor

Case No. 14-15063-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3     Date Rcvd: Jul 22, 2019
     Form ID: 3180W     Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2019.

```
db            +Anthony Debonis,    1500 Richmond Avenue,    Trenton, NJ 08619-3559
aty           +Edward A. Feinberg,    249 East Front St.,    PO Box 540,    Trenton, NJ 08611-1717
cr            +Ascension Services, LP,    Attn DHC Business Solutions,    PO Box 163,
                Manchester, MD 21102-0163
514639535     +Ascension Services LP,    c/o DHC Business Solutions,    PO Box 163,    Manchester, MD 21102-0163
514918086     +Chrysler Financial Services Americas LLC,    d/k/a Daimlerchrysler Financial,
                Services Americas,   RUBIN & ROTHMAN LLC,    1787 VETERANS MEMORIAL HIGHWAY,
                ISLANDIA, NY 11749-1500
514639540     +Citifinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
514639541     +City of Trenton,    Tax Office,    319 East State Street,    Trenton, NJ 08608-1809
515425979     +DLJ Mortgage Capital, Inc.,    Serviced by Select Portfolio Servicing,,    3815 South West Temple,
                Salt Lake City, UT 84115-4412
514639542      Edward A. Feinberg, Esq.,    Attorney at Law,    249 East Front Street,    PO Box 540,
                Trenton, NJ 08604-0540
514672882     +FS Properties 147, LLC,    Att:  Robin London Zeitz,    1105 Laurel Oak Rd Ste 136,
                Voorhees, NJ 08043-4312
514639543     +Gary C. Zeitz, LLC,    C/O: Life Center Acdemy,    1105 laurel Oak Road, Suite 136,
                Voorhees, NJ 08043-4312
514639546     +Life Center Academy,    2045 Columbus Road,    Burlington, NJ 08016-9731
517839471     +MTGLQ Investors, L.P.,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461
514639550     +PNC Bank, National Association,    Consumer Loan Center,    2730 Liberty Avenue,
                Pittsburgh, PA 15222-4704
514639549     +PNC Bank, National Association,    Attn: Officer or Managing Agent,    1140 Raymond Blvd.,
                Newark, NJ 07102-4204
514639552      PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
514639551     +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
514639553     +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
514639554     +Robert G. Swan, Esquire,    3720 Nottingham Way,    Apt. 9249,    Trenton, NJ 08690-3802
514639555     +Ronald J. Coughlin, Ed.D.,    3576 Quakerbridge Rd,    Trenton, NJ 08619-1259
514639556     +Rubin & Rothman, LLC,    1787 Veteran's Highway, Suite 32,    PO Box 9003,
                Islandia, NY 11749-9003
514857163    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
514639557     +Sleep and Wellness Medical Associates,    3836 Quakerbridge Road,    Suite 206,
                Hamilton, NJ 08619-1006
515179437     +Springleaf Financial Services,    Serviced by Select Portfolio Servicing,,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
515179438     +Springleaf Financial Services,    Serviced by Select Portfolio Servicing,,
                3815 South West Temple,    Salt Lake City, UT 84115-4412,    Springleaf Financial Services,
                Serviced by Select Portfolio Servicing,
514639559      State of New Jersey Department of the,    Treasury Division of Taxation,    P.O. Box 187,
                Trenton, NJ 08695-0187
514639560      State of New Jersey,    Automobile Insurance Surcharge,    PO Box 4850,    Trenton, NJ 08650-4850
514831319      State of New Jersey,    Surcharge Administration Office,    PO BOX 136, 4th Floor,
                Trenton, NJ 08666-0136
514639561     +TD Auto Finance, LLC,    C/O: The Corporation Trust Co. Agent,    820 Bear Tavern Road,
                Trenton, NJ 08628-1021
514639562     +The Yardville Natl Ban,    2465 Kuser Rd,    Hamilton, NJ 08690-3303
514639563     +Transnatl,    1162 St Georges Av,    Avenel, NJ 07001-1263
514639565     +Yardville Bk,    Pob 8487,    Trenton, NJ 08650-0487
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2019 00:18:39    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2019 00:18:36    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
514639537      E-mail/Text: bankruptcy@cashcall.com Jul 23 2019 00:19:15    Cashcall Inc,
                Attention: Bankruptcy Department,    1600 S Douglass Rd,    Anaheim, CA 92806
514727627     +E-mail/Text: bncmail@w-legal.com Jul 23 2019 00:18:45    CASHCALL, INC.,
                C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE. 400,    SEATTLE, WA 98121-3132
514639538      EDI: CHRYSLER.COM Jul 23 2019 03:43:00    Cfc Deficiency Recover,    5225 Crooks Rd.,
                Suite 140,    Troy, MI 48098
514639536      E-mail/Text: cms-bk@cms-collect.com Jul 23 2019 00:18:06    Capital Management Services, LP,
                698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
514639539     +EDI: CHRYSLER.COM Jul 23 2019 03:43:00    Chrysler Financial/TD Auto Finance,
                Attention: Bankruptcy,    Po Box 860,    Roanoke, TX 76262-0860
514639544     +EDI: RMSC.COM Jul 23 2019 03:43:00    Gecrb/lord & Tay,    Po Box 965015,
                Orlando, FL 32896-5015
514639545      EDI: IRS.COM Jul 23 2019 03:43:00    Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
```

```
District/off: 0312-3          User: admin               Page 2 of 3          Date Rcvd: Jul 22, 2019
                             Form ID: 3180W             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
514639547     +EDI: RESURGENT.COM Jul 23 2019 03:43:00      LVNV Fudning, LLC,   15 S. Main Street,   Suite 600,
               Greenville, SC 29601-2768
514915074      EDI: RESURGENT.COM Jul 23 2019 03:43:00      LVNV Funding, LLC its successors and assigns as,
               assignee of CVF Consumer Acquisition,   Company,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
514699879     +E-mail/Text: bankruptcy@pseg.com Jul 23 2019 00:17:07    PSE&G,   PO Box 490,
               Cranford NJ 07016-0490,   Attn: Bankruptcy Dept
514639548      E-mail/Text: ebn@vativrecovery.com Jul 23 2019 00:18:04    Pallisades Collection,
               PO Box 40728,   Houston, TX 77240-0728
514639558      EDI: AGFINANCE.COM Jul 23 2019 03:43:00     Springleaf Financial Services,   601 NW 2nd Street,
               Evansville, IN 47731-3251
514721632      EDI: AGFINANCE.COM Jul 23 2019 03:43:00     Springleaf Financial Services, Inc,   PO Box 3251,
               Evansville IN 47731-3251
514639564     +E-mail/Text: bncmail@w-legal.com Jul 23 2019 00:18:45    Weinstein & Riley, PS,
               2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
516017576     +E-mail/Text: jennifer.chacon@spservicing.com Jul 23 2019 00:19:28
               Wilmington Savings Fund Society, FSB,   c/o Select Portfolio Servicing, Inc.,
               3217 S. Decker Lake Drive,   Salt Lake City, UT 84119-3284
                                                                                         TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +MTGLQ Investors, L.P,   RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
               Duluth, GA 30097-8461
515425980*    +DLJ Mortgage Capital, Inc.,   Serviced by Select Portfolio Servicing,,   3815 South West Temple,
               Salt Lake City, UT 84115-4412
514724725*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,   PO Box 724,
               Springfield, NJ 07081-0724)
514639534     ##+Ascension Services L P,   Po Box 210278,   Bedford, TX 76095-7278
                                                                             TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2019 at the address(es) listed below:

```
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew M. Lubin   on behalf of Creditor   Springleaf Financial Services, Inc.
          bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Andrew M. Lubin   on behalf of Creditor   MTGLQ Investors, L.P. bkecf@milsteadlaw.com,
          alubin@milsteadlaw.com
          Andrew M. Lubin   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
          Trust, as indenture trustee, for the CSMC 2015-RPL4 Trust, Mortgage-Backed Notes, Series
          2015-RPL4 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Andrew M. Lubin   on behalf of Creditor   Select Porfolio Servicing, Inc. as servicing agent for
          Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC
          2015-RPL4 Trust, Mortgage-Backed Notes, Series 2 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Brian C. Nicholas   on behalf of Creditor   MTGLQ Investors, LP bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
```

District/off: 0312-3            User: admin            Page 3 of 3            Date Rcvd: Jul 22, 2019
                               Form ID: 3180W         Total Noticed: 49

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kevin C. Fayette    on behalf of Debtor Anthony  Debonis kfayette@kevinfayette.com
          Laura M. Egerman    on behalf of Creditor   MTGLQ Investors, L.P bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Linda S. Fossi    on behalf of Creditor   FS Properties 147, LLC lfossi@zeitzlawfirm.com,
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Rebecca Ann Solarz    on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com
                                                                          TOTAL: 12